ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
       1400 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-6595
       Facsimile: (213) 894-7177
       E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CV 12-04474-GAF-JC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| REAL PROPERTY LOCATED IN DIAMOND BAR, CALIFORNIA, ASSESSOR PARCEL NUMBER 8713-028-003, | ) | CONSENT JUDGMENT |
| Defendant. | ) | |
| SYED QAISAR MADAD AND MEHER FATINA TABATABAI, | ) | |
| Claimants. | ) | |

RECITALS

1.   This action was filed on May 23, 2012.

2.   Notice was given and published in accordance with law.

3.    Claimants Syed Qaisar Madad and Meher Fatima Tabatabai ("Claimants") filed claims to the defendant Real Property Located in Diamond Bar, California with assessor parcel number 8713-028-003 (the "defendant property").   The legal description of the defendant property is attached as Exhibit "A."   No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimants have reached an agreement that is dispositive of the action.   The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.    The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

C.    Notice of this action has been given in accordance with law.   All potential claimants to the defendant property other than Claimants are deemed to have admitted the allegations of the Complaint.   The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.    The United States of America shall have judgment as to all of the defendant property, subject to the recorded interest of J. Lee Gregg (Instrument Number 20120571405), and no other person or entity shall have any right, title or interest therein.

E.    Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees

2

1   and agents of the United States Federal Bureau of Investigation

2   and Internal Revenue Service, from any and all claims, actions or

3   liabilities arising out of or related to this action, including,

4   without limitation, any claim for attorney's fees, costs or

5   interest which may be asserted on behalf of the claimant, whether

6   pursuant to 28 U.S.C. § 2465 or otherwise.

7          F.   The court finds that there was reasonable cause

8   for the institution of these proceedings.  This judgment shall be

9   construed as a certificate of reasonable cause pursuant to 28

10  U.S.C. § 2465.

11

12  Dated: February 26, 2013

13                                    _____

14                                    THE HONORABLE GARY ALAN FEESS
                                      UNITED STATES DISTRICT JUDGE

15  Approved as to form and content:

16  Dated: February_25, 2013
                                      ANDRÉ BIROTTE JR.
17                                    United States Attorney
                                      ROBERT E. DUGDALE
18                                    Assistant United States Attorney
                                      Chief, Criminal Division
19                                    STEVEN R. WELK
                                      Assistant United States Attorney
20                                    Chief, Asset Forfeiture Section

21                                    _____/s/_____
22                                    JENNIFER M. RESNIK
                                      Assistant United States Attorney
23                                    Asset Forfeiture Section

24                                    Attorneys for Plaintiff
                                      United States of America

25

26  DATED: February_22, 2013

27                                    _____/s/_____
                                      MEHER F. TABATABAI
28

                                      3

DATED: February 25, 2013

_____/s/_____
ROBERT J. FELDHAKE, ESQ.
Attorney for Claimant Meher
Tabatabai

DATED: February_22, 2013

_____/s/_____
SYED QAISAR MADAD

DATED: February 25, 2013

_____/s/_____
LAW OFFICES OF MARK J. WERKSMAN
MARK M. HATHAWAY
Attorney for Claimant Syed Qaisar
Madad

4

### EXHIBIT A

PARCEL 1: LOT 118 OF TRACT NO. 30578, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 785, PAGES 1 TO 25, INCLUSIVE, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

RESERVING UNTO THE GRANTOR EASEMENTS AS RESERVED IN SECTIONS 1 AND 2 OF ARTICLE VI OF THE DECLARATION OF RESTRICTIONS RECORDED MAY 22, 1969 IN BOOK M-3218, PAGE 32, OFFICIAL RECORDS, TOGETHER WITH THE RIGHT TO GRANT OR DEDICATE TO OTHERS WITHOUT LIMITATION LIKE OR SIMILAR EASEMENT.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERAL NOW OR AT ANY TIME HEREAFTER SITUATED THEREIN OR THEREUNDER OR PRODUCIBLE THEREFROM, AS RESERVED IN THE DEED FROM TRANSAMERICA DEVELOPMENT COMPANY, RECORDED MARCH 29, 1968, IN BOOK D-3955, PAGE 185, OFFICIAL RECORDS OF SAID COUNTY AND AS MODIFIED BY QUITCLAIM DEED RECORDED ON MAY 8, 1969 IN BOOK D-4363, PAGE 643, OFFICIAL RECORDS OF SAID COUNTY, WHICH, RELINQUISHED ALL RIGHTS TO THE USE OF THE SURFACE AND SUBSURFACE TO A DEPTH OF 500 FEET FROM THE SURFACE OF SAID LAND.

PARCEL 2: A NON-EXCLUSIVE EASEMENT TO BE USED IN COMMON WITH OTHERS FOR INGRESS AND EGRESS OVER ALL THOSE AREAS SHOWN UPON THE MAP OF SAID TRACT NO. 30578, AS "PRIVATE STREETS", AND OVER ALL THOSE AREAS SHOWN UPON THE MAP OF TRACT NO. 30289 RECORDED IN BOOK 743, PAGES 42 TO 50, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY AS "PRIVATE STREETS", SAID EASEMENT TO BE APPURTENANT TO AND FOR THE BENEFIT OF THE LOT DESCRIBED ABOVE IN PARCEL 1.

EXCEPTING THEREFROM ANY PORTION WHICH FALLS WITHIN THE LINES PARCEL 1 ABOVE DESCRIBED.

APN 8713-028-003